# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DANIEL WORTMAN,

                Plaintiff,

v.

RACINE CIRCUIT COURT, PUBLIC DEFENDER'S OFFICE, RACINE COUNTY JAIL, JUDGE EMILY MULLER, EILEEN HENRY, and LT. FRIEND,

                Defendants.

Case No. 17-CV-775-JPS

**ORDER**

On June 16, 2017, Plaintiff submitted a letter to the Clerk of the Court requesting that 1) he be allowed to proceed without submitting a certified copy of his prisoner trust account statement, and 2) the U.S. Marshal's Service take him out of the Racine County Jail. (Docket #5). Both requests will be denied. Plaintiff has already been afforded more than two weeks to submit his trust account statement. *See* (Docket #3). If the Court has not received a copy of the statement as required by the Prison Litigation Reform Act by **June 29, 2017**, this action will be dismissed without prejudice and without further notice. *See* 28 U.S.C. § 1915(a)(2).

Accordingly,

**IT IS ORDERED** that Plaintiff's motions to proceed without filing a trust account statement and for an order removing him from the Racine County Jail (Docket #5) be and the same are hereby **DENIED**; and

**IT IS FURTHER ORDERED** that Plaintiff shall submit a certified copy of his prisoner trust account statement for the preceding six months no later than **June 29, 2017**.

Dated at Milwaukee, Wisconsin, this 19th day of June, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge