# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DANIEL WORTMAN,

               Plaintiff,

v.

RACINE CIRCUIT COURT, PUBLIC DEFENDER'S OFFICE, RACINE COUNTY JAIL, JUDGE EMILY MULLER, EILEEN HENRY, and LT. FRIEND,

               Defendants.

Case No. 17-CV-775-JPS

**ORDER**

On June 19, 2017, the Court ordered Plaintiff to submit a certified copy of his prisoner trust account statement no later than June 29, 2017. (Docket #6). That date has passed and the Court has not received the statement or any other communication from Plaintiff. This action will, therefore, be dismissed without prejudice for want of prosecution by Plaintiff.

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 30th day of June, 2017.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge